IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

CHICAGO CENTRAL, LLC,[1]

              Debtors.

Chapter 11
Case No. 17-13704-SAH
Substantively Consolidated

### DECLARATION OF DAVID R. PAYNE

1. I, David R. Payne ("Payne"), am the President and firm managing director for D.R. Payne & Associates, Inc. ("DRPA").

2. No agreement exists, nor will any be made, to share with any other person or firm the compensation requested in the *First Interim Fee Application for D.R. Payne & Associates, Inc., as Financial Advisors to Debtor, for Compensation for Services Rendered, Brief in Support, Notice of Opportunity for Hearing, and Notice of Hearing*, except as authorized by 11 U.S.C. § 504(b) and FED. R. BANKR. P. 2014(b).

3. To the best of my knowledge, information, and belief, the contents of the foregoing Application, along with the attached **Ex. "A", Ex. "B", Ex. "C" and Ex. "D"** are true, correct, and complete, and set forth accurately the services performed by Payne in these bankruptcy cases for the time period referenced. These services were rendered at DRPA's customary hourly rates. If called as a witness, I will so testify.

I, David R. Payne, do hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

**EXECUTED** on this 22nd day of February, 2018.

                                              */s/ David R. Payne*
                                              David R. Payne
                                              D. R. Payne & Associates, Inc.

---

[1] The Consolidated Debtors are Chicago Central, LLC (Case No. 17-13704-SAH); CC Ops - Springfield, LLC (17-13705-SAH); CC Ops - Midwest City, LLC (17-13706-SAH); CC Ops - I240, LLC (17-13707-SAH); and CC Ops - Edmond, LLC (17-13708-SAH).

Exhibit 1
Page 1 of 18

# Exhibit A

Exhibit 1
Page 2 of 18

# D. R. Payne & Associates, Inc.

*119 North Robinson, Suite 400*
*Oklahoma City, OK 73102*
*Phone: (405) 272-0511  Fax: (405) 272-0501*

|  |  |
|---|---|
| Invoice Date: | 11/21/2017 |
| Invoice #: | 9767 |

Mr. William C. Liedtke, III, Vice Presid
Chicago Central, LLC
27 E, Sherdian, 2nd Floor
Oklahoma City, OK  73104

In Reference To:       Chicago Central, LLC Bankruptcy

### Professional Services

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/15/2017 | | | | | |
| | CMM | C - Prepare application to employ and affidavit. | 235.00 | 1.00 | 235.00 |
| | CBL | A - Prepare underlying documents for Schedules, SOFA and UST Interview. | 75.00 | 0.10 | 7.50 |
| | DRP | C - Prepare affidavit and application for employment. | 395.00 | 0.20 | 79.00 |
| 09/18/2017 | | | | | |
| | CMM | C - Prepare Schedules, SOFA and UST Initial Interview document. | 235.00 | 1.00 | 235.00 |
| 09/19/2017 | | | | | |
| | CMM | H - Prepare documentation for meeting; meeting with Debtors. | 235.00 | 1.50 | 352.50 |
| | CMM | A - Prepare Schedules, SOFA and UST Initial Interview documents. | 235.00 | 1.00 | 235.00 |
| 09/20/2017 | | | | | |
| | CBL | A - Prepare underlying documents for Schedules, SOFA and UST Interview. | 75.00 | 2.30 | 172.50 |
| 09/21/2017 | | | | | |
| | CMM | J - Prepare DRP Declaration for FDM. | 235.00 | 0.50 | 117.50 |
| | DRP | J - Review Declaration information in support of First Day Motions. | 395.00 | 0.30 | 118.50 |
| 09/22/2017 | | | | | |
| | CMM | A - Prepare Schedules, SOFA and UST Initial Interview documents. | 235.00 | 4.25 | 998.75 |
| | CMM | J - Prepare DRP Declaration for FDM. | 235.00 | 0.50 | 117.50 |
| | CBL | A - Prepare underlying documents for Schedules, SOFA and UST Interview. | 75.00 | 0.60 | 45.00 |
| | DRP | J - Revise Declaration for First Day Motions. | 395.00 | 0.50 | 197.50 |

Exhibit A-1

Exhibit 1
Page 3 of 18

|  |  | Invoice Date: | 11/21/2017 |
|--|--|--|--|
|  |  | Invoice No. | 9767 |
| Mr. William C. Liedtke, III, Vice President |  | Page No. | 2 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 09/25/2017 | | | | | |
| | SJB | A - Print various licenses and permits for four locations and order in accordance with provided listing. | 175.00 | 0.20 | 35.00 |
| | CMM | A - Prepare UST Initial Interview documents. | 235.00 | 6.50 | 1,527.50 |
| 09/26/2017 | | | | | |
| | CMM | A - Prepare UST Initial Interview documents. | 235.00 | 5.00 | 1,175.00 |
| 09/27/2017 | | | | | |
| | CMM | I - First Day Motion Hearing. | 235.00 | 1.00 | 235.00 |
| | CMM | A - Prepare UST Initial Interview documents. | 235.00 | 3.50 | 822.50 |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 2.00 | 470.00 |
| | CBL | A - Prepare underlying documents for Schedules, SOFA and UST Interview. | 75.00 | 1.40 | 105.00 |
| | DRP | I - Attend hearing on First Day Motion. | 395.00 | 1.00 | 395.00 |
| 09/28/2017 | | | | | |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 6.25 | 1,468.75 |
| 09/29/2017 | | | | | |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 6.00 | 1,410.00 |
| | CBL | A - Prepare underlying documents for Schedules and SOFA. | 75.00 | 0.30 | 22.50 |
| 10/02/2017 | | | | | |
| | CMM | A - Prepare schedules and SOFA. | 235.00 | 1.00 | 235.00 |
| 10/03/2017 | | | | | |
| | CMM | G - Prepare Form 26. | 235.00 | 0.50 | 117.50 |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 1.00 | 235.00 |
| 10/04/2017 | | | | | |
| | CBL | A - Prepare underlying documents for Schedules and SOFA. | 75.00 | 0.10 | 7.50 |
| | CMM | G - Prepare Form 26. | 235.00 | 2.00 | 470.00 |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 1.00 | 235.00 |
| 10/11/2017 | | | | | |
| | CBL | A - Prepare underlying documents for Schedules and SOFA. | 75.00 | 0.20 | 15.00 |
| | CMM | G - Prepare Form 26. | 235.00 | 0.50 | 117.50 |
| | RAB | E - Analyze legal fee bills to prepare professional fee accrual to include in MOR. | 125.00 | 2.00 | 250.00 |
| 10/12/2017 | | | | | |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 1.00 | 235.00 |
| 10/13/2017 | | | | | |
| | CBL | A - Prepare underlying documents for Schedules and SOFA. | 75.00 | 0.20 | 15.00 |
| | MEA | A - Enter employee and taxing authorities data into matrix; enter and edit data in Schedule F in Best Case. | 125.00 | 2.50 | 312.50 |
| | CMM | A - Prepare Schedules and SOFA. | 235.00 | 9.50 | 2,232.50 |
| | CMM | G - Prepare Form 26. | 235.00 | 0.20 | 47.00 |
| | DRP | A - Review long-term asset/leasehold values and impairment | | | |

|  |  |  | Invoice Date: | 11/21/2017 |
|--|--|--|--|--|
|  |  |  | Invoice No. | 9767 |
| Mr. William C. Liedtke, III, Vice President |  |  | Page No. | 3 |

|  |  |  | Rate | Hours |  |
|--|--|--|--|--|--|
|  |  | matters for Schedule disclosures. | 395.00 | 1.10 | 434.50 |
| 10/16/2017 |  |  |  |  |  |
|  | CMM | F - Prepare Final DIP Budget for filing. | 235.00 | 0.20 | 47.00 |
|  | CMM | E - Prepare First MOR. | 235.00 | 0.30 | 70.50 |
| 10/17/2017 |  |  |  |  |  |
|  | CMM | F - Prepare Final DIP Budget for filing. | 235.00 | 0.50 | 117.50 |
|  | DRP | F - Review DIP Budget. | 395.00 | 0.60 | 237.00 |
| 10/20/2017 |  |  |  |  |  |
|  | CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.90 | 67.50 |
| 10/25/2017 |  |  |  |  |  |
|  | CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.20 | 15.00 |
|  |  | For Current Professional Services Rendered |  | 72.40 | 16,091.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|--|--|--|--|
| David Payne | 3.70 | $395.00 | $1,461.50 |
| Chandler B. Lidia | 6.30 | 75.00 | 472.50 |
| Carrie M. McEntire | 57.70 | 235.00 | 13,559.50 |
| Rozetta A. Bishop | 2.00 | 125.00 | 250.00 |
| Sandra J. Bassett | 0.20 | 175.00 | 35.00 |
| M. Elise Adler | 2.50 | 125.00 | 312.50 |

Total Amount of this Bill     16,091.00

Balance Due     $16,091.00

Exhibit A-1

Exhibit 1
Page 5 of 18

September 15, 2017 to October 31, 2017

| Code | Professional (Sum of Amount) | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|
| | RAB | MEA | CMM | CBL | SJB | DRP | |
| A | | 312.50 | 11,280.00 | 390.00 | 35.00 | 434.50 | 12,452.00 |
| C | | | 470.00 | | | 79.00 | 549.00 |
| E | 250.00 | | 70.50 | 82.50 | | | 403.00 |
| F | | | 164.50 | | | 237.00 | 401.50 |
| G | | | 752.00 | | | | 752.00 |
| H | | | 352.50 | | | | 352.50 |
| I | | | 235.00 | | | 395.00 | 630.00 |
| J | | | 235.00 | | | 316.00 | 551.00 |
| Grand Total | 250.00 | 312.50 | 13,559.50 | 472.50 | 35.00 | 1,461.50 | 16,091.00 |

| Code | Professional (Sum of Hours) | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|
| | RAB | MEA | CMM | CBL | SJB | DRP | |
| A | | 2.50 | 48.00 | 5.20 | 0.20 | 1.10 | 57.00 |
| C | | | 2.00 | | | 0.20 | 2.20 |
| E | 2.00 | | 0.30 | 1.10 | | | 3.40 |
| F | | | 0.70 | | | 0.60 | 1.30 |
| G | | | 3.20 | | | | 3.20 |
| H | | | 1.50 | | | | 1.50 |
| I | | | 1.00 | | | 1.00 | 2.00 |
| J | | | 1.00 | | | 0.80 | 1.80 |
| Grand Total | 2.00 | 2.50 | 57.70 | 6.30 | 0.20 | 3.70 | 72.40 |

Exhibit A-2

Exhibit 1
Page 6 of 18

Chicago Central, LLC
Project Codes

A. Preparation of Schedules, SOFA and Initial Report

B. Valuation Procedures Including Estimates Utilized in Schedule

C. Retention Matters, and Fee Application Matters

D. Travel

E. Financial Accounting Assistance and Preparation of Monthly Operating Reports

F. Budget Preparation, Financial/Business Aspects for First Day Motions and Orders

G. Preparation of Form 26

H. Meetings with Debtor and Debtor's Counsel

I. Bankruptcy Court Hearings

J. Preparation and Activities involving Plan and Disclosure Statement

Exhibit A-3

Exhibit 1
Page 7 of 18

# Exhibit B

Exhibit 1
Page 8 of 18

# *D. R. Payne & Associates, Inc.*

*119 North Robinson, Suite 400*
*Oklahoma City, OK 73102*
*Phone: (405) 272-0511  Fax: (405) 272-0501*

| | |
|---|---|
| Invoice Date: | 12/21/2017 |
| Invoice #: | 9777 |

Mr. William C. Liedtke, III, Vice Presid
Chicago Central, LLC
27 E, Sherdian, 2nd Floor
Oklahoma City, OK  73104

In Reference To:     Chicago Central, LLC Bankruptcy

### Professional Services

| Date / Initials | Description | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 11/01/2017 | | | | |
| CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.10 | 7.50 |
| 11/08/2017 | | | | |
| CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.60 | 45.00 |
| 11/09/2017 | | | | |
| CMM | E - Correspondence with Debtor regarding deadlines for MORs. | 235.00 | 0.20 | 47.00 |
| 11/13/2017 | | | | |
| CMM | E - Prepare September and October MOR. | 235.00 | 0.20 | 47.00 |
| 11/20/2017 | | | | |
| CMM | E - Prepare September and October MOR. | 235.00 | 7.10 | 1,668.50 |
| 11/21/2017 | | | | |
| CMM | E - Prepare September and October MOR. | 235.00 | 6.50 | 1,527.50 |
| MEA | E - Prepare September and October MOR. | 125.00 | 0.50 | 62.50 |
| RAB | C - Assist in preparation of fee application. | 125.00 | 0.80 | 100.00 |
| 11/22/2017 | | | | |
| CMM | E- Prepare September and October MOR. | 235.00 | 0.50 | 117.50 |
| CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.90 | 67.50 |
| 11/27/2017 | | | | |
| CMM | E - Prepare September and October MOR. | 235.00 | 1.30 | 305.50 |
| 11/28/2017 | | | | |
| CMM | E - Prepare September and October MOR. | 235.00 | 1.00 | 235.00 |
| 11/29/2017 | | | | |
| CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.20 | 15.00 |

Exhibit B-1

Exhibit 1
Page 9 of 18

Mr. William C. Liedtke, III, Vice President

Invoice Date: 12/21/2017
Invoice No. 9777
Page No. 2

|  | Rate | Hours |  |
|---|---|---|---|
| For Current Professional Services Rendered |  | 19.90 | 4,245.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Chandler B. Lidia | 1.80 | $75.00 | $135.00 |
| Carrie M. McEntire | 16.80 | 235.00 | 3,948.00 |
| Rozetta A. Bishop | 0.80 | 125.00 | 100.00 |
| M. Elise Adler | 0.50 | 125.00 | 62.50 |

Total Amount of this Bill ........................................................ 4,245.50

Previous Balance ................................................................. $16,091.00

Balance Due ....................................................................... $20,336.50

Exhibit B-1

Exhibit 1
Page 10 of 18

November 1, 2017 to November 30, 2017

| Code | Professional (Sum of Amount) | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|
| | RAB | MEA | CMM | CBL | SJB | DRP | |
| C | 100.00 | | | | | | 100.00 |
| E | | 62.50 | 3,948.00 | 135.00 | | | 4,145.50 |
| Grand Total | 100.00 | 62.50 | 3,948.00 | 135.00 | - | - | 4,245.50 |

| Code | Professional (Sum of Hours) | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|
| | RAB | MEA | CMM | CBL | SJB | DRP | |
| C | 0.80 | | | | | | 0.80 |
| E | | 0.50 | 16.80 | 1.80 | | | 19.10 |
| Grand Total | 0.80 | 0.50 | 16.80 | 1.80 | - | - | 19.90 |

Exhibit B-2

Exhibit 1
Page 11 of 18

# Exhibit C

Exhibit 1
Page 12 of 18

# D. R. Payne & Associates, Inc.

*119 North Robinson, Suite 400*
*Oklahoma City, OK  73102*
*Phone: (405) 272-0511  Fax: (405) 272-0501*

|  |  |
|---|---|
| Invoice Date: | 01/22/2018 |
| Invoice #: | 9793 |

Mr. William C. Liedtke, III, Vice Presid
Chicago Central, LLC
27 E, Sherdian, 2nd Floor
Oklahoma City, OK  73104

In Reference To:    Chicago Central, LLC Bankruptcy

## Professional Services

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 12/07/2017 |  |  |  |  |  |
|  | RAB | C - Assist in preparation of fee application. | 125.00 | 0.30 | 37.50 |
| 12/22/2017 |  |  |  |  |  |
|  | CMM | E - Prepare MOR. | 235.00 | 4.00 | 940.00 |
|  | MEA | E - Preparing Exhibit E and bank statements for MOR. | 125.00 | 0.30 | 37.50 |
| 12/27/2017 |  |  |  |  |  |
|  | CMM | E - Prepare MOR. | 235.00 | 7.00 | 1,645.00 |
|  |  | For Current Professional Services Rendered |  | 11.60 | 2,660.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Carrie M. McEntire | 11.00 | $235.00 | $2,585.00 |
| Rozetta A. Bishop | 0.30 | 125.00 | 37.50 |
| M. Elise Adler | 0.30 | 125.00 | 37.50 |

|  |  |
|---|---:|
| Total Amount of this Bill | 2,660.00 |
| Previous Balance | $20,336.50 |
| Balance Due | $22,996.50 |

Exhibit C-1

Exhibit 1
Page 13 of 18

December 1, 2017 to December 31, 2017

|  | Professional (Sum of Amount) | | | |
| --- | --- | --- | --- | --- |
| Code | RAB | MEA | CMM | Grand Total |
| C | 37.50 | | | 37.50 |
| E | | 37.50 | 2,585.00 | 2,622.50 |
| Grand Total | 37.50 | 37.50 | 2,585.00 | 2,660.00 |

|  | Professional (Sum of Hours) | | | |
| --- | --- | --- | --- | --- |
| Code | RAB | MEA | CMM | Grand Total |
| C | 0.30 | | | 0.30 |
| E | | 0.30 | 11.00 | 11.30 |
| Grand Total | 0.30 | 0.30 | 11.00 | 11.60 |

Exhibit C-2

Exhibit 1
Page 14 of 18

# Exhibit D

Exhibit 1
Page 15 of 18

# *D. R. Payne & Associates, Inc.*

*119 North Robinson, Suite 400*
*Oklahoma City, OK 73102*
*Phone: (405) 272-0511  Fax: (405) 272-0501*

|  |  |
|---|---|
| Invoice Date: | 02/19/2018 |
| Invoice #: | 9805 |

Mr. William C. Liedtke, III, Vice Presid
Chicago Central, LLC
27 E, Sherdian, 2nd Floor
Oklahoma City, OK  73104

In Reference To:   Chicago Central, LLC Bankruptcy

## Professional Services

| Date / Staff | Description | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| **01/05/2018** | | | | |
| CBL | J - Prepare underlying documents for Plan & Disclosure Statement. | 75.00 | 0.10 | 7.50 |
| **01/09/2018** | | | | |
| CMM | J - Conference call with Debtor and counsel regarding Plan and Disclosure Statement; review Plan and Disclosure Statement; prepare exhibits for Plan. | 235.00 | 1.50 | 352.50 |
| **01/10/2018** | | | | |
| CMM | J - Assist in preparation of Exhibit 1 of Plan. | 235.00 | 0.20 | 47.00 |
| CBL | J - Prepare underlying documents for Plan and Disclosure Statement. | 75.00 | 0.10 | 7.50 |
| **01/12/2018** | | | | |
| CMM | J - Assist in preparation of Exhibit 2 for Plan. | 235.00 | 1.50 | 352.50 |
| CBL | E - Prepare underlying documents for MOR. | 75.00 | 0.10 | 7.50 |
| DRP | H - Call with J.B. Edwards regarding Midwest City appraisal. | 395.00 | 0.30 | 118.50 |
| **01/16/2018** | | | | |
| DRP | J - Review Hoyt appraisal comparables and contributing value calculations; correspondence with J. Hoyt. | 395.00 | 1.90 | 750.50 |
| CMM | J - Prepare feasibility analysis for Plan and Disclosure Statement; review Plan, Disclosure Statement and Liquidation Analysis. | 235.00 | 3.00 | 705.00 |
| **01/24/2018** | | | | |
| MEA | E - Preparing Exhibit E and bank statements for Dec. 2017 MOR. | 125.00 | 0.80 | 100.00 |
| CMM | E - Prepare December 31 MOR. | 235.00 | 5.50 | 1,292.50 |

Exhibit D-1

Exhibit 1
Page 16 of 18

|  |  | Invoice Date: | 02/19/2018 |
|---|---|---|---|
|  |  | Invoice No. | 9805 |
| Mr. William C. Liedtke, III, Vice President |  | Page No. | 2 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 01/25/2018 | CMM | E - Prepare December 31 MOR. | 235.00 | 6.00 | 1,410.00 |
| 01/26/2018 | CMM | E - Prepare December 31 MOR. | 235.00 | 1.00 | 235.00 |
|  |  | For Current Professional Services Rendered |  | 22.00 | 5,386.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David Payne | 2.20 | $395.00 | $869.00 |
| Chandler B. Lidia | 0.30 | 75.00 | 22.50 |
| Carrie M. McEntire | 18.70 | 235.00 | 4,394.50 |
| M. Elise Adler | 0.80 | 125.00 | 100.00 |

| | |
|---|---|
| Total Amount of this Bill | 5,386.00 |
| Previous Balance | $22,996.50 |
| Balance Due | $28,382.50 |

Exhibit D-1

Exhibit 1
Page 17 of 18

January 1, 2018 to January 31, 2018

| Code | Professional (Sum of Amount) | | | | Grand Total |
|---|---|---|---|---|---|
| | CBL | MEA | CMM | DRP | |
| E | 7.50 | 100.00 | 2,937.50 | | 3,045.00 |
| H | | | | 118.50 | 118.50 |
| J | 15.00 | | 1,457.00 | 750.50 | 2,222.50 |
| Grand Total | 22.50 | 100.00 | 4,394.50 | 869.00 | 5,386.00 |

| Code | Professional (Sum of Hours) | | | | Grand Total |
|---|---|---|---|---|---|
| | CBL | MEA | CMM | DRP | |
| E | 0.10 | 0.80 | 12.50 | | 13.40 |
| H | | | | 0.30 | 0.30 |
| J | 0.20 | | 6.20 | 1.90 | 8.30 |
| Grand Total | 0.30 | 0.80 | 18.70 | 2.20 | 22.00 |

Exhibit D-1

Exhibit 1
Page 18 of 18